UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PHILIP A. BONADONNA,                    *
                                        *
            Petitioner,                 *
                                        *
    v.                                  *        Civil Action No. 10-40093-JLT
                                        *
J. GRONDOLKSY,                          *
                                        *
            Respondent.                 *

ORDER

January 19, 2011

TAURO, J.

        This court ACCEPTS and ADOPTS the December 10, 2010 Report and Recommendation

[#15] of Magistrate Judge Bowler.  For the reasons set forth in the Report and Recommendation,

this court hereby orders that Respondent's Motion to Dismiss [#8] is ALLOWED.  This case is

CLOSED.

IT IS SO ORDERED.


                                         /s/ Joseph L. Tauro
                                        United States District Judge